IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| V. | § | NO. 1:06-CV-296 |
| | § | |
| **CAROLYN GRAHAM, Independent Administrator of the ESTATE OF GLENNA ANNE YOAST, Deceased, JAMES IRVING GRAHAM, SR., GWENICE CHRISTINA MORELL** as executrix of the Estate of Patricia Eileen Gaspard, and **AMERICAN GENERAL LIFE INSURANCE COMPANY** | § § § § § § § § | |

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order RC-72.1. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter the agreed final judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

So **ORDERED** and **SIGNED** this **25** day of **April, 2007.**

_____
Ron Clark, United States District Judge